

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00128-CV

_____

**IN THE ESTATE OF WILLIAM THOMAS BELL, DECEASED**

On Appeal from the County Court at Law
Walker County, Texas
Trial Court No. 9271PR; Honorable Tracy Sorensen, Presiding

October 4, 2021

## ORDER OF ABATEMENT

Before PIRTLE and PARKER and DOSS, JJ.

Pending before this court is the *Unopposed Motion to Abate and In the Alternative Motion to Extend Time to File Appellants' Brief* of Appellants, Sharon Hammond and Thomas Vincent Bell. By this motion, Appellants request that the court abate this appeal (or, alternatively, grant an extension of their pending briefing deadline) until after the final resolution of a prior, related appeal arising from the same probate proceedings. We issued our opinion and judgment in the related appeal, cause number 07-20-00220-CV, on September 15, 2021.

To expedite the possible disposition of this appeal and in the interest of conservation of judicial resources, we grant the motion and abate the appeal. All appellate deadlines, including the pending deadline to file Appellants' brief, are suspended. The case will be removed from our active docket and treated as a suspended case until further order of this court. *See* TEX. R. APP. P. 2, 43.6. Appellants are directed to advise the court of the status of cause number 07-20-00220-CV, in writing, by December 8, 2021. Failure to do so may result in dismissal of this appeal pursuant to Rule of Appellate Procedure 42.3(c).

It is so ordered.

Per Curiam